UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 17-1001-GW(SSx) | Date | June 29, 2017 |
|---|---|---|---|
| Title | *Kamran Staffing, Inc. v. Nevada Window Supply, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER

On May 19, 2017, Defendant Nevada Window Supply, Inc., removed this case to federal court alleging diversity jurisdiction. *See* Docket No. 1. On June 16, this Court issued an order to show cause pointing out that Defendant had not adequately set forth a basis for diversity because it had failed to allege its principal place of business, and required it to respond by June 26. *See* Docket No. 9. On said date, Defendant filed its response indicating that it was in error as to its incorporation and principal place of business; both of which are in fact in California. *See* Docket No. 10. Given Defendant's admission as to its citizenship, there is no diversity in this action and hence no jurisdiction in federal court. Therefore, this action is ordered remanded back to state court forthwith.

| | : |
|---|---|
| Initials of Preparer | JG |